# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR26 |
| Plaintiff, | ) ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| BECKY NEEB, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion for an order of restitution to facilitate the collection of restitution payments prior to the sentencing hearing. The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED: the Clerk of Court shall accept $137,634.11 in restitution until further order from the court.

DATED this 15th day of June, 2018.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Court Judge